IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GLOBAL LICENSING, INC., a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAMEFIND LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 2:21-cv-11101-PDB-CI<br><br>Judge Paul D. Borman<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ON STIPULATION**
**TO SUSPEND CASE DEADLINES PENDING DISMISSAL**

Upon consideration of the Stipulation to Suspend Case Deadlines Pending Dismissal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and all case deadlines are SUSPENDED.

DATED this 11th day of April, 2022.

_____
The Honorable Paul D. Borman
United States District Judge